STATE OF NORTH CAROLINA v. JAMES A. WILLIAMS
No. 6821SC458

(Filed 11 December 1968)

APPEAL by defendant from *Armstrong, J.,* at the 27 May 1968 Criminal Session of FORSYTH Superior Court.

By indictment proper in form, defendant was charged with storebreaking and larceny. The jury found the defendant guilty as charged, and from sentence imposed thereon, defendant appealed.

*Attorney General T. Wade Bruton and Deputy Attorney General Harry W. McGalliard for the State.*

*Hatfield, Allman & Hall by Raymond D. Thomas for defendant appellant.*

BRITT, J.

Defendant's court-appointed counsel brings forward no assignment of error, frankly stating that he is unable to find prejudicial error but asks the court to carefully review the record and grant such relief as may be proper.

Accordingly, we have carefully reviewed the record before us and find that the defendant was given a fair trial, free from prejudicial error, and that the sentence imposed was within statutory limits.

*State v. Hopper,* 271 N.C. 464, 156 S.E. 2d 857; *State v. Campbell,* 2 N.C. App. 406, 163 S.E. 2d 78.

The judgment of the superior court is

Affirmed.

BROCK and PARKER, JJ., concur.